UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LUKE LUGO, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 24-30087-MGM |
| FOX NEWS LOCAL, et al., | * | |
| Defendants. | * | |

## ORDER

August 19, 2024

MASTROIANNI, U.S.D.J.

On July 9, 2024, Luke Lugo, who is confined at the Berkshire County House of Correction, filed a civil complaint without paying the $405 filing fee or filing an *in forma pauperis* application. On July 10, 2024, the Court issued an order requiring Lugo to (1) pay the $405 filing fee; or (2) file an *in forma pauperis* application with the six-month prison account statement required under 28 U.S.C. § 1915(a)(2). The Court warned Lugo that failure to comply with the order within twenty-one (21) days could result in dismissal of the action.

Lugo has not complied with the Court's July 10, 2024 order and the deadline for doing so has passed. On August 13, 2024, Lugo filed an *in forma pauperis* application, but it was not completed or signed. In addition, he did not file a prison account statement.

Accordingly, the Court orders that this case be DISMISSED without prejudice for failure to pay the filing fee.

It is So Ordered.

                                                      /s/ Mark G. Mastroianni
                                                      MARK G. MASTROIANNI
                                                      United States District Judge